

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00193-CR

———————————————————

EX PARTE LONNIE CLARK III

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. DC78-CV2021-1666

Before Sudderth, C.J.; Wallach and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 20, 2022